# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158961(20)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

RICHARD ANDREW TALLENT,
          Defendant-Appellant.

_____/

SC:  158961
COA:  346395
Washtenaw CC:  16-000108-FH

On order of the Court, the motion of defendant-appellant to file a supplemental appendix to his application for leave to appeal is GRANTED.  The supplemental appendix submitted on March 5, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2019



Clerk